[No. 38758-8-I.    Division One.    November 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.D.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-06095-5, Michael Spearman, J., entered May 21, 1996. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Cox, JJ.


[No. 39199-2-I.    Division One.    November 24, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. BILLY SCHAFFER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02195-1, Janice Niemi, J., entered July 22, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.


[No. 39453-3-I.    Division One.    November 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07958-6, George T. Mattson, J., entered September 3, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39475-4-I.    Division One.    November 24, 1997.]

YONG RIP LUDEMAN, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04390-9, Nicole MacInnes, J., entered October 7, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Agid, J. Now published at 89 Wn. App. 751.